IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 14 PM 12: 04

**UNITED STATES OF AMERICA**

V.                                                                                            05-20323-B

**STACEY TRIPLETT**

## ORDER ON ARRAIGNMENT

This cause came to be heard on _Sept. 14, 2005_, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Randy Alden (FPD)_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.

___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:371;

U. S. Attorney assigned to Case: R. Oliver

Age: 33

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9-14-05_

(5)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20323 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT