FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT FOR TENNESSEE
WESTERN DIVISION

05 SEP 15 PM 2: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                              Cr. No. 05-20323-B

STACEY TRIPLETT,

Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION TO WAIVE APPEARANCE AT REPORT DATE

---

For good cause shown, defendant's request to waive her appearance at the report date set in this case for Monday, September 26, 2005 at 9:30 a.m. is hereby **GRANTED**. Defendant shall not be required to appear, and shall remain on her present bond.

It is so **ORDERED**, this the 15th day of September, 2005.

*[signature]*

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20323 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT